UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

RECEIVED
JAN 07 2019
BY MAIL

**Complaint for a Civil Case**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. General Svs, LLC

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
[X] Yes  [ ] No

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

United States Government
President Donald J Trump

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepaying fees or costs.*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | General Sus LLC |
   | Street Address | 300 Delaware Ave, Suite 210 A |
   | City and County | Wilmington, New Castle |
   | State and Zip Code | Delaware, 19801 |
   | Telephone Number | 800 258-1340 |
   | E-mail Address | gensus@generalsus.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | United States Government, Donald Trump |
   | Job or Title | President of USa |
   | Street Address | 1600 Pennsylvania Ave NW |
   | City and County | Washington |
   | State and Zip Code | DC, 20500 |
   | Telephone Number | 202 456-1414 |
   | E-mail Address | Whitehouse.gov |

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

A. **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any. *President Donald J Trump*

C. **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2. The Defendant(s)

If the defendant is an individual

The defendant, (name) __Donald J Trump__, is a citizen of the State of (name) __District of Columbia__ Or is a citizen of (foreign nation) _____.

If the defendant is a corporation

The defendant, (name) _____.

is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____ Or

is incorporated under the laws of the State of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*: __I am the Divine Royal/King God__

4

### III.    Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

*See attachments → III. Statement of claim*

### IV.    Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

*See attachments → IV. Relief*

5

III. Statement of Claim

1. I am the Divine Royal King God and I am receiving interference in my personal affairs from President Donald Trump. I am harassed, bullied, manipulated, deceived, defamed, tortured, mentally and physically abused, oppressed, fearing for my life, and coerced to live up to Donald Trump desires of life to remove my identity and family structure. Donald Trump has been conspiring to murder me for the last thirty years. I am threatened everyday by Donald Trump using "Recovery", a well known tow truck service to intimidate me from, informing the authorities about facts surrounding current and past actions towards me by President Donald Trump, and the United States government in the city of St.Louis, Mo. I continue to suffer excruciating pains from the physical and mental torturing that I receive continuously, and deliberately from the US president Donald Trump and the US government. I am scorn for life with an indefinite memory of tragical experiences, with visions embedded playing repeatedly in my precious spirit and mind on a daily basis..

2. Donald Trump conspired to have me murdered by placing a bounty on my life, I was almost murdered by a unknown assailant near Subjays cafe in Florissant, Mo on or about Nov 15 2016, and at the intersection of John and Penrose street with in the same time frame in city of St. Louis, Mo. Donald trump, has conspired to have me murdered using the United States government, Taisha Lashae Haymon, and Joe Dubuque of "Devoy Development" and citizens of St.Louis, Missouri at Joe rental property in North County of St. Louis, Missouri, as I refuse to join Donald Trump's sacred organization the "illuminati". I continue to suffer excruciating pains from the physical and mental torturing that I receive continuously, and deliberately from the US president Donald Trump and the US government. I am scorn for life with an indefinite memory of tragical experiences, with visions embedded playing repeatedly in my precious spirit and mind on a daily basis.

3. In January 2018 I was manipulated, defamed, entrapped, bullied, mentally and physically abused, also oppressed by Donald Trump, the United States government and Taisha Lashay Haymon, as they murdered a part of me by removing my custody of my son, my freedom, and my rights to bear arms by an ex parte placed against me in North county St Louis , Mo. I continue to suffer excruciating pains from the physical and mental torturing that I receive continuously, and deliberately from the US president Donald Trump and the US government. I am scorn for life with an indefinite memory of tragical experiences, with visions embedded playing repeatedly in my precious spirit and mind on a daily basis.

4. On March 23rd 2018 I was harassed, conspired against, entrapped, intimidated, humiliated, physically and mentally abused, raped financially, incarcerated, and my "arm" removed by Donald Trump, the US government, Caseyville police dept. and citizens of Caseyville, Illinois, in Caseyville Illinois , as my truck and I was arrested by Caseyville police Dept. I continue to suffer excruciating pains from the physical and mental torturing that I receive continuously, and deliberately from the US president Donald Trump and the US government. I am scorn for life

with an indefinite memory of tragical experiences, with visions embedded playing repeatedly in my precious spirit and mind on a daily basis.

5. On and near July 17th 2018, I was harassed, conspired against, entrapped, intimidated, humiliated, physically and mentally abused, poisoned, and forced to drive to Marion, IN, and Little Rock, Arkansas from St Louis, Missouri, to sale land, and assets held in the Trust of the United States government, including being forced to keep my religious identity a secret, and ensured I would live, if I refrain from carrying on our "Legacy", religious beliefs, and using my Divine intellect, including make no claims against the United States government, nor Donald Trump, for the above mentioned acts by Donald Trump, the United States government, and citizens of said states.  I continue to suffer excruciating pains from the physical and mental torturing that I receive continuously, and deliberately from the US president Donald Trump and the US government. I am scorn for life with an indefinite memory of tragical experiences, with visions embedded playing repeatedly in my precious spirit and mind on a daily basis.

6. On August 11th 2018, I was entrapped, and coerced to accept a vehicle from Tim Meyer at "NexCar" in West Alton, Saint Charles, Missouri for transportation to travel to Ga and Tn, to view lands that Donald Trump and the United States government wants, including surrendering all of my assets held in trust by the United States government. I continue to suffer excruciating pains from the physical and mental torturing that I receive continuously, and deliberately from the US president Donald Trump and the US government. I am scorn for life with an indefinite memory of tragical experiences, with visions embedded playing repeatedly in my precious spirit and mind on a daily basis.

7. On, August 23rd of 2018, I was entrapped, humiliated, defamed, tortured, incarcerated, held against my will including physically and mentally abused, including my life belongings seized by Donald Trump, the US government, Fort Oglethorpe Police dept. and the citizens of Fort Oglethorpe, Ga and Chattanooga, Tn, because of my religious beliefs and for requesting information on how to file a grievance against Donald Trump and the United States government in Fort Oglethorpe, Ga. I continue to suffer excruciating pains from the physical and mental torturing that I receive continuously, and deliberately from the US president Donald Trump and the US government. I am scorn for life with an indefinite memory of tragical experiences, with visions embedded playing repeatedly in my precious spirit and mind on a daily basis.

8. On August 31st 2018, Donald Trump conspired against me using the US government and SunTrust Bank in Chattanooga, Tn. I was humiliated, tortured, discriminated against and oppressed, as an act of intimidation in Chattanooga, Tn, as the IRS froze my account and Suntrust Bank refused service to me. I continue to suffer excruciating pains from the physical and mental torturing that I receive continuously, and deliberately from the US president Donald Trump and the US government. I am scorn for life with an indefinite memory of tragical experiences, with visions embedded playing repeatedly in my precious spirit and mind on a daily basis.

IV. Damages

Actual Damages
Amount: $1,000,000,000,000,000,000.00.
One quadrillion dollars.

- I am the One and Only "Divine God, Royal King of all Kings and Nations". My benevolent duties are to protect all people from diabolical terrorists such as Donald Trump the president of the United States. I continue to suffer excruciating pains from the physical and mental torturing that I receive continuously, and deliberately from the US president Donald Trump and the US government. I am scorn for life with an indefinite memory of tragical experiences, with visions embedded playing repeatedly in my precious spirit and mind on a daily basis. I am held a prisoner of war by my own country to keep silent the conspiracy of the US president and government who took a sworn oath to protect the liberty and Constitutional rights of myself including the citizens of America.

Punitive Damages:

Amount: $500,000,000,000.00.
Five Hundred Billion dollars.

I am entitled to said amounts because of the satanic exemplified actions and behaviors that is deliberately shown to myself and all Nations by the Commander in Chief of the United States of America, Donald Trump, who holds one of the most powerful positions in the world, that is only accepted under oath in which he is to promote peace amongst all Nations and uphold the the Constitutional law. I continue to suffer excruciating pains from the physical and mental torturing that I receive continuously, and deliberately from the US president Donald Trump and the US government. I am scorn for life with an indefinite memory of tragical experiences, with visions embedded playing repeatedly in my precious spirit and mind on a daily basis.. Donald Trump blatantly violated the Constitutional Law of the United States of America.

IV. Relief

I demand complete sovereignty above and beyond any man-made laws for I am the one and only Divine "Royal King God", including protection from the United States of America and every Nation across the world, for myself, my entities, not excluding the people that are governed under my authority now and eternity, as we are held accountable within our own Divine laws and structures. I demand unlimited access to all records, facilities, regardless of confidentiality, for myself, and others selected by myself including any entity under my authority. I demand the repayment of all withheld employment taxes, withheld, paid, or issued fees pertaining to dependents issued by any government, state or legal entity, including any and all fees paid to or issued by any judicial entity, or representative. I demand forgiveness of all outstanding debts to the United States government and all legal entities that has not been brought to a satisfactory condition within the last five years from the date initiated in this entire claim. I demand that all people associated under my authority also be forgiven for fifty percent of all unpaid student loans and accumulated interest limited up too 75% of the entire loan for anyone that received a degree and resided in a household that received less than $200,000.00 per year for the combined household annual income, including 25% limited to 75% of all student loans obtained by person's that did not complete or receive a degree of higher education that resided in a household with the combined annual income not greater than $150,000.00 per year dating back to 1988. I demand that minimum wage be raised to $12 per hour across the United States of America, and free healthcare for all entities and personnel under my authority paid by the United States of America government. I demand that all assets entitled to and held for me remain protected in the trust of the United States government, until i give a different authority. I demand the above-mentioned assets be consolidated and deposited in the accounts of my choice for the one and only divine "General SVS, LLC" in the world that is under my sovereign authority with no interference from any government, nor other legal entities for eternity. I demand that all civil and criminal charges, including fines assessed to be immediately expunged and repaid indefinitely, to myself, all people and entities under my authority dating back to January 1st 1924 that is still active. I demand all persons released from incarceration and any servitude that is owed to the United States Federal, state, local and or private entity that is under my authority. I demand all documents within this complaint and future complaints, including personal data obtained of myself, heirs, assigns, entities and people I represent that is under my authority be held confidential from all entities and the public, not excluding the United States government nor any legal entities that I am affiliated with, for the remaining of Earth's existence including data obtained from any other source. I demand the repayment of all disputed fees to myself, my entities, and all persons under my authority, from the government and any financial institution. I demand compensation in the some of one quadrillion dollars ($1,000,000,000,000,000.00 for all actual damages. I demand that the government be reorganized. Donald Trump, his selected members in his cabinet be removed from office, and incarcerated under my authority, time limits, including my choice of prison facility, where time will be served at a minimum of ten consecutive years. I demand that $500,000,000,000.00 billion dollars be paid by Donald Trump to General Svs, LLC for punitive damages.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

*See attachments → IV Damages*

### V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __4th__ day of __Jan__, 20 __19__.

Signature of Plaintiff(s) __King Lond__