UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GENERAL SVS, LLC, a/k/a KING GOD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:19-cv-20-SPM |
| PRESIDENT DONALD J. TRUMP, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the motion of plaintiff General SVS, LLC, a/k/a King God, for leave to proceed herein *in forma pauperis*. The Court will grant the motion. In addition, the Court has reviewed the complaint and has determined it is frivolous, and will therefore dismiss it pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Under 28 U.S.C. § 1915(e)(2)(B)(i), the Court is required to dismiss a complaint filed *in forma pauperis* if it is frivolous or malicious. A complaint is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). The term " 'frivolous,' when applied to a complaint, embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." *Id.* While federal courts should not dismiss an action commenced *in forma pauperis* if the facts alleged are merely unlikely, the court can properly dismiss such an action if the plaintiff's allegations are found to be clearly baseless. *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992). Allegations are clearly baseless if they are "fanciful," "fantastic," or "delusional," or if they "rise to the level of the irrational or the wholly incredible." *Id.*

In the complaint at bar, plaintiff alleges that he is the "Divine Royal King God." He

brings this action against President Donald Trump. Plaintiff alleges Trump is interfering in his personal affairs, and that he is being "coerced to live up to Donald Trump desires of life to remove my identity and family structure." Plaintiff claims that Trump threatens him every day via a tow truck service. He claims Trump has conspired to have him murdered, and that Trump has a sacred organization called the "illuminati." He claims Trump murdered a part of him by divesting him of custody of his son. The complaint continues in this manner. Plaintiff claims he is the "One and Only Divine God, Royal King of all Kings and Nations," and has a duty to protect people from diabolical terrorists such as Trump. He seeks "one quadrillion dollars" in damages.

Upon review, the Court finds plaintiff's allegations to be clearly baseless under the standard set forth in *Denton*, 504 U.S. 25. The Court concludes that the complaint is frivolous, and will dismiss it pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* (Docket No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that the motion for the appointment of counsel (Docket No. 3) is **DENIED** as moot.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 14th day of January, 2019.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE